DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADRIANA MAZUERA BONILLA,**
Appellant,

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL OR BANKING CAPACITY BUT SOLELY AS TRUSTEE FOR THE SRMOF II-1 TRUST,**
Appellee.

No. 4D16-1635

[July 20, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. CACE09-032403 (11).

Theresa B. Edwards of American Justice, P.A., Fort Lauderdale, for appellant.

Steven Ellison of Broad and Cassel LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***